UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
Maria Andrade                       §    Case No. 14-26730
                                    §
              Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-26730 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Maria Andrade | | | | Date Filed (f) or Converted (c): | 07/21/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/18/2014 |
| For Period Ending: | 04/28/2015 | | | | Claims Bar Date: | 12/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand | 20.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account First National Bank 78 North Chicago St. Jo | 500.00 | 0.00 | | 0.00 | FA |
| 3. Cooking Utensils  10 Silverware/Flatware  20 Cookware  10 Li | 475.00 | 0.00 | | 0.00 | FA |
| 4. Location: 727 Elmer St., Joliet Il 60433 Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Personal Injury Case 14 Mr 001681 Injured October 7, 2013 | 0.00 | 0.00 | | 100,000.00 | FA |
| 6. 1996 Chevy Tahoe 160,000 Miles | 654.00 | 0.00 | | 0.00 | FA |
| 7. 1997 Dodge Dakota 153,000 | 701.00 | 0.00 | | 0.00 | FA |
| 8. 1999 Chevy Astro Van 200,000 Miles | 755.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $3,305.00    $0.00    $100,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Funds in hand; Waiting for claims bar date to pass. - Joji Takada 11/30/2014

Trustee to prepare TFR. - Joji Takada 3/18/2015

Initial Projected Date of Final Report (TFR): 07/21/2016    Current Projected Date of Final Report (TFR): 07/21/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-26730  
Case Name: Maria Andrade  
Taxpayer ID No: XX-XXX8355  
For Period Ending: 04/28/2015  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9991  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8359 | Transfer of Funds | 9999-000 | $12,135.20 | | $12,135.20 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,135.20 | $0.00 |
| Less: Bank Transfers/CD's | $12,135.20 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $12,135.20    $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-26730 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Maria Andrade | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8359 |
| | Checking |
| Taxpayer ID No: XX-XXX8355 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/28/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/14 | | Gregory Leiter PC | Settlement payment Personal injury litigation re: vehicle accident | | $66,181.83 | | $66,181.83 |
| | | | Gross Receipts | $100,000.00 | | | |
| | | Gregory Leiter PC 63 West Jefferson #202 Joliet, Illinois 60432 | Payment to trustee professional | ($33,333.33) | 3210-000 | | |
| | | Gregory Leiter PC 63 West Jefferson #202 Joliet, Illinois 60432 | Payment to trustee professional | ($484.84) | 3220-000 | | |
| | 5 | | Personal Injury Case 14 Mr 001681 Injured October 7, 2013 | $100,000.00 | 1142-000 | | |
| 10/28/14 | 100001 | Maria Andrade C/O Robert Hamilton 3290 Executive Dr #101 Joliet, IL 60431 | Exemption Debtor's scheduled exemption | | 8100-002 | $16,549.00 | $49,632.83 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | $15.87 | $49,616.96 |
| 11/24/14 | 100004 | 1st Congregational Church 3082 Caton Farm Rd. Joliet, IL 60435 | Final distribution to claim Reversal Incorrect payee; Check not issued | | 4220-000 | ($300.00) | $49,916.96 |
| 11/24/14 | 100008 | St Josephs Medical 333 Madison Street Joliet, IL 60435 | Final distribution to claim Reversal Updated payee name; Check not issued | | 4220-000 | ($3,307.06) | $53,224.02 |
| 11/24/14 | 100002 | Doctor Patrick Sweeney 19110 Darvin Drive, Ste C Mokena, IL 60448 | Final distribution to claim Negotiated medical lien claim | | 4220-000 | $20,000.00 | $33,224.02 |
| 11/24/14 | 100003 | Minimally Invasive Spine Specialist PO Box 4037 Aurora, IL 60507 | Final distribution to claim Negotiated medical lien claim | | 4220-000 | $13,000.00 | $20,224.02 |
| 11/24/14 | 100004 | 1st Congregational Church 3082 Caton Farm Rd. Joliet, IL 60435 | Final distribution to claim Reduced medical lien claim | | 4220-000 | $300.00 | $19,924.02 |
| 11/24/14 | 100005 | ATI Physical Therapy 3082 Caton Farm Rd. Joliet, IL 60435 | Final distribution to claim Reduced medical lien claim | | 4220-000 | $300.00 | $19,624.02 |
| 11/24/14 | 100006 | St James Olympia Fields 20201 S. Pulaksi Rd. Olympia Fields, IL 60461 | Final distribution to claim Reduced medical lien claim | | 4220-000 | $400.00 | $19,224.02 |

Page Subtotals: $66,181.83    $46,957.81

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No.: | 14-26730 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Maria Andrade | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX8359 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8355 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/24/14 | 100007 | Joliet Radiological Service Corp.<br>36910 Treasury Center<br>Chicago, IL 60694 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $16.70 | $19,207.32 |
| 11/24/14 | 100008 | St Josephs Medical<br>333 Madison Street<br>Joliet, IL 60435 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $3,307.06 | $15,900.26 |
| 11/24/14 | 100009 | Presence St Josephs Hospital and Medical Center<br>333 Madison Street<br>Joliet, IL 60435 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $3,307.06 | $12,593.20 |
| 11/24/14 | 100010 | Associated Pathologists of Joliet<br>333 Madison Street<br>Joliet, IL 60435 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $25.00 | $12,568.20 |
| 11/24/14 | 100011 | Midwest Medical | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $300.00 | $12,268.20 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.75 | $12,194.45 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.25 | $12,135.20 |
| 01/26/15 | | Transfer to Acct # xxxxxx9991 | Transfer of Funds | 9999-000 | | $12,135.20 | $0.00 |
| 03/12/15 | 100010 | Associated Pathologists of Joliet<br>333 Madison Street<br>Joliet, IL 60435 | Final distribution to claim Reversal<br>Reduced medical lien claim | 4220-000 | | ($25.00) | $25.00 |
| 03/12/15 | 100012 | Clerk, US Bankruptcy Court<br>219 South Dearborn<br>Chicago, Illinois 60604 | Remit to Court Unclaimed funds from Check No. 100010 (Associated Pathologists of Joliet) | 4220-001 | | $25.00 | $0.00 |

| | COLUMN TOTALS | $66,181.83 | $66,181.83 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $12,135.20 |
| | Subtotal | $66,181.83 | $54,046.63 |
| | Less: Payments to Debtors | $0.00 | $16,549.00 |
| | Net | $66,181.83 | $37,497.63 |

| Page Subtotals: | $0.00 | $19,224.02 |
|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8359 - Checking | $66,181.83 | $37,497.63 | $0.00 |
| XXXXXX9991 - Checking | $0.00 | $0.00 | $12,135.20 |
|  | $66,181.83 | $37,497.63 | $12,135.20 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $33,818.17 |
|---|---|
| Total Net Deposits: | $66,181.83 |
| Total Gross Receipts: | $100,000.00 |

Page Subtotals:    $0.00    $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-26730  
Debtor Name: Maria Andrade  
Claims Bar Date: 12/29/2014  

Date: April 28, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $7,422.55 | $7,422.55 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $5.39 | $5.39 |
| 1 300 7100 | Silver Cross Hospital<br>1900 Silver Cross Blvd.<br>Attn: Patient Accounts<br>New Lenox, Il 60451 | Unsecured | | $3,500.00 | $1,445.82 | $1,445.82 |
| 400 4220 | Kishor Ajmere, MD<br>2435 Glenwood Avenue<br>Joliet, IL 60435 | Secured | | $0.00 | $745.00 | $0.00 |
| 400 4220 | Associated Pathologists of Joliet<br>333 Madison Street<br>Joliet, IL 60435 | Secured | | $25.00 | $25.00 | $25.00 |
| 400 4220 | ATI Physical Therapy<br>3082 Caton Farm Rd.<br>Joliet, IL 60435 | Secured | | $1,893.37 | $5,000.00 | $300.00 |
| 400 4220 | Country Wide Insurance | Secured | | $0.00 | $5,000.00 | $0.00 |
| 400 4220 | Joliet Radiological Service Corp.<br>36910 Treasury Center<br>Chicago, IL 60694 | Secured | | $504.00 | $504.00 | $16.70 |
| 400 4220 | Midwest Medical<br>2295 Parklake Dr., N.E., #100<br>Atlanta, GA 30345 | Secured | | $0.00 | $990.00 | $300.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-26730  
Debtor Name: Maria Andrade  
Claims Bar Date: 12/29/2014  

Date: April 28, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400 4220 | Minimally Invasive Spine Specialist<br>PO Box 4037<br>Aurora, IL 60507 | Secured | | $270,084.00 | $270,084.00 | $13,000.00 |
| 400 4220 | Presence St Josephs Hospital and Medical Center<br>333 Madison Street<br>Joliet, IL 60435 | Secured | | $3,715.00 | $14,134.66 | $3,307.06 |
| 400 4220 | St James Olympia Fields<br>20201 S. Pulaksi Rd.<br>Olympia Fields, IL 60461 | Secured | | $5,053.00 | $5,053.95 | $400.00 |
| 400 4220 | Doctor Patrick Sweeney<br>19110 Darvin Drive, Ste C<br>Mokena, IL 60448 | Secured | | $130,000.00 | $130,000.00 | $20,000.00 |
| 999 8200 | Maria Andrade<br>c/o HAMILTON & ANTONSEN, LTD.<br>3290 EXECUTIVE DRIVE #101<br>JOLIET, IL  60431 | Unsecured | | $0.00 | $0.00 | $3,431.80 |
| | Case Totals | | | $414,774.37 | $440,410.37 | $49,654.32 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-26730
Case Name: Maria Andrade
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Kishor Ajmere, MD | $ | $ | $ | $ |
| | Doctor Patrick Sweeney | $ | $ | $ | $ |
| | Minimally Invasive Spine Specialist | $ | $ | $ | $ |
| | Country Wide Insurance | $ | $ | $ | $ |
| | St James Olympia Fields | $ | $ | $ | $ |
| | Joliet Radiological Service Corp. | $ | $ | $ | $ |
| | Presence St Josephs Hospital and Medical Center | $ | $ | $ | $ |
| | Associated Pathologists of Joliet | $ | $ | $ | $ |
| | ATI Physical Therapy | $ | $ | $ | $ |
| | Midwest Medical | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Silver Cross Hospital | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

    NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

    NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $     . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $      .