**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-26730 |
| Maria Andrade | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

\

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 6/19/2015
Time: 9:00 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 5/18/2015                    By:  /s/ Joji Takada
                                               Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
  §
  §
Maria Andrade § Case No. 14-26730
  §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 87,864.80 |
| leaving a balance on hand of[1] | $ | 12,135.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Kishor Ajmere, MD | $ 745.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Doctor Patrick Sweeney | $ 130,000.00 | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| | Minimally Invasive Spine Specialist | $ 270,084.00 | $ 13,000.00 | $ 13,000.00 | $ 0.00 |
| | Country Wide Insurance | $ 5,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | St James Olympia Fields | $ 5,053.95 | $ 400.00 | $ 400.00 | $ 0.00 |
| | Joliet Radiological Service Corp. | $ 504.00 | $ 16.70 | $ 16.70 | $ 0.00 |
| | Presence St Josephs Hospital and Medical Center | $ 14,134.66 | $ 3,307.06 | $ 3,307.06 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Associated Pathologists of Joliet | $ 25.00 | $ 25.00 | $ 25.00 | $ 0.00 |
| | ATI Physical Therapy | $ 5,000.00 | $ 300.00 | $ 300.00 | $ 0.00 |
| | Midwest Medical | $ 990.00 | $ 300.00 | $ 300.00 | $ 0.00 |

Total to be paid to secured creditors          $            0.00

Remaining Balance                            $       12,135.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 7,250.96 | $ 0.00 | $ 7,250.96 |
| Trustee Expenses: Joji Takada | $ 5.39 | $ 0.00 | $ 5.39 |

Total to be paid for chapter 7 administrative expenses     $        7,256.35

Remaining Balance                                         $        4,878.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,445.82 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The

UST Form 101-7-NFR (10/1/2010) (Page: 2)

timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Silver Cross Hospital | $ 1,445.82 | $ 0.00 | $ 1,445.82 |

Total to be paid to timely general unsecured creditors $ 1,445.82

Remaining Balance $ 3,433.03

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1.23 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,431.80 .

Prepared By: Joji Takada
                                    Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:  
Maria Andrade  
    Debtor

Case No. 14-26730-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cmendoza1     Page 1 of 1     Date Rcvd: May 19, 2015  
                           Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2015.

```
db              +Maria Andrade,    727 Elmer St.,    Joliet, IL 60433-2506
22183979        +ATI Physical Therpay,    3082 Caton Farm Rd.,    Joliet, IL 60435-1455
22183977        +Ambulatory Surgical Center,    19110 Davin Drive, Suite C,    Mokena, IL 60448-8683
22183978        +Associate Pathologists of Joliet,    333 Madison Street,    Joliet, IL 60435-8200
22183981        +Chicago Center for Sports Med,    18660 Graphics Drive, Ste 100,    Tinley Park, IL 60477-6263
22183982        +Doctor Patrick Sweeney,    19110 Darvin Drive, Ste C,    Mokena, IL 60448-8683
22183983        +Joliet Radiological Service Corp.,    36910 Treasury Center,    Chicago, IL 60694-6900
22183984        +Kishor Ajmere, MD,    2435 Glenwood Avenue,    Joliet, IL 60435-5494
22183985        +Minimally Invasive Spine Specialist,    PO Box 4037,    Aurora, IL 60507-4037
22183986        +Provena St. Joseph Medical Center,    PO Box 88097,    Chicago, IL 60680-1097
22183987        +Silver Cross Hospital,    1900 Silver Cross Blvd.,    Attn: Patient Accounts,
                  New Lenox, IL 60451-9509
22183988        +St James Olympia Fields,    20201 S. Pulaksi Rd.,    Olympia Fields, IL 60461-1010
22183989        +St Josephs Medical,    333 Madison Street,    Joliet, IL 60435-8200
22183990        +Stellar Recovery Inc.,    4500 Salisbury Rd.,    Ste 10,    Jacksonville, FL 32216-8035
22183991        +Wells Fargo,    PO Box 5169,    Sioux Falls, SD 57117-5169
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22183980        +E-mail/Text: mmeyers@blittandgaines.com May 20 2015 01:16:34     Blitt and Gaines,
                  661 Glenn Avenue,    Wheeling, IL 60090-6017
```
                                                                                                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2015                                               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2015 at the address(es) listed below:

```
              Joji Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert J Hamilton    on behalf of Debtor Maria  Andrade rob@halawoffices.com
```
                                                                                                                                                     TOTAL: 4