UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Maria Andrade | § | Case No. 14-26730 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee        , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                  Assets Exempt: 19,854.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  38,795.81            Claims Discharged
                                                        Without Payment:  424,553.37

Total Expenses of Administration:  41,223.39

---

3) Total gross receipts of $ 100,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 19,980.80  (see **Exhibit 2**), yielded net receipts of $ 80,019.20  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 411,274.37 | $ 431,536.61 | $ 37,348.76 | $ 37,348.76 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 41,223.39 | 41,223.39 | 41,223.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 428,053.37 | 1,445.82 | 1,445.82 | 1,447.05 |
| **TOTAL DISBURSEMENTS** | $ 839,327.74 | $ 474,205.82 | $ 80,017.97 | $ 80,019.20 |

4) This case was originally filed under chapter 7 on 07/21/2014 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/05/2015            By:/s/Joji Takada, Chapter 7 Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case 14 Mr 001681 Injured October 7, 2013 | 1142-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Maria Andrade | Exemptions | 8100-002 | 16,549.00 |
| Maria Andrade | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 3,431.80 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 19,980.80** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Pathologists of Joliet | 4220-000 | 25.00 | 25.00 | 25.00 | 25.00 |
| | ATI Physical Therapy | 4220-000 | 1,893.37 | 5,000.00 | 300.00 | 300.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Country Wide Insurance | 4220-000 | NA | 5,000.00 | 0.00 | 0.00 |
| | Doctor Patrick Sweeney | 4220-000 | 130,000.00 | 130,000.00 | 20,000.00 | 20,000.00 |
| | Joliet Radiological Service Corp. | 4220-000 | 504.00 | 504.00 | 16.70 | 16.70 |
| | Kishor Ajmere, MD | 4220-000 | NA | 745.00 | 0.00 | 0.00 |
| | Midwest Medical | 4220-000 | NA | 990.00 | 300.00 | 300.00 |
| | Minimally Invasive Spine Specialist | 4220-000 | 270,084.00 | 270,084.00 | 13,000.00 | 13,000.00 |
| | Presence St Josephs Hospital and Medical Center | 4220-000 | 3,715.00 | 14,134.66 | 3,307.06 | 3,307.06 |
| | St James Olympia Fields | 4220-000 | 5,053.00 | 5,053.95 | 400.00 | 400.00 |
| **TOTAL SECURED CLAIMS** | | | $ 411,274.37 | $ 431,536.61 | $ 37,348.76 | $ 37,348.76 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 7,250.96 | 7,250.96 | 7,250.96 |
| Joji Takada | 2200-000 | NA | 5.39 | 5.39 | 5.39 |
| The Bank of New York Mellon | 2600-000 | NA | 148.87 | 148.87 | 148.87 |
| Gregory Leiter PC | 3210-000 | NA | 33,333.33 | 33,333.33 | 33,333.33 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregory Leiter PC | 3220-000 | NA | 484.84 | 484.84 | 484.84 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 41,223.39 | $ 41,223.39 | $ 41,223.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ambulatory Surgical Center 19110 Davin Drive, Suite C Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Associate Pathologists of Joliet 333 Madison Street Joliet, IL 60435 | | 25.00 | NA | NA | 0.00 |
| | ATI Physical Therpay 3082 Caton Farm Rd. Joliet, IL 60435 | | 1,893.37 | NA | NA | 0.00 |
| | Chicago Center for Sports Med 18660 Graphics Drive, Ste 100 Tinley Park, IL 60477 | | 0.00 | NA | NA | 0.00 |
| | Doctor Patrick Sweeney 19110 Darvin Drive, Ste C Mokena, IL 60448 | | 130,000.00 | NA | NA | 0.00 |
| | Joliet Radiological Service Corp. 36910 Treasury Center Chicago, IL 60694 | | 504.00 | NA | NA | 0.00 |
| | Kishor Ajmere, MD 2435 Glenwood Avenue Joliet, IL 60435 | | 745.00 | NA | NA | 0.00 |
| | Minimally Invasive Spine Specialist PO Box 4037 Aurora, IL 60507 | | 270,084.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provena St. Joseph Medical Center PO Box 88097 Chicago, IL 60680 | | 7,734.00 | NA | NA | 0.00 |
| | Silver Cross 1900 Silver Cross Blvd. New Lenox, IL 60451 | | 3,500.00 | NA | NA | 0.00 |
| | St James Olympia Fields 20201 S. Pulaksi Rd. Olympia Fields, IL 60461 | | 5,053.00 | NA | NA | 0.00 |
| | St Josephs Medical 333 Madison Street Joliet, IL 60435 | | 3,715.00 | NA | NA | 0.00 |
| | Stellar Recovery Inc. 4500 Salisbury Rd. Ste 10 Jacksonville, FL 32216 | | 1,300.00 | NA | NA | 0.00 |
| | Wells Fargo PO Box 5169 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| 1 | Silver Cross Hospital | 7100-000 | 3,500.00 | 1,445.82 | 1,445.82 | 1,445.82 |
| | Silver Cross Hospital | 7990-000 | NA | NA | NA | 1.23 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 428,053.37 | $ 1,445.82 | $ 1,445.82 | $ 1,447.05 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-26730 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Maria Andrade | | | | Date Filed (f) or Converted (c): | 07/21/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/18/2014 |
| For Period Ending: | 10/05/2015 | | | | Claims Bar Date: | 12/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand | 20.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account First National Bank 78 North Chicago St. Jo | 500.00 | 0.00 | | 0.00 | FA |
| 3. Cooking Utensils  10 Silverware/Flatware  20 Cookware  10 Li | 475.00 | 0.00 | | 0.00 | FA |
| 4. Location: 727 Elmer St., Joliet Il 60433 Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Personal Injury Case 14 Mr 001681 Injured October 7, 2013 | Unknown | 0.00 | | 100,000.00 | FA |
| 6. 1996 Chevy Tahoe 160,000 Miles | 654.00 | 0.00 | | 0.00 | FA |
| 7. 1997 Dodge Dakota 153,000 | 701.00 | 0.00 | | 0.00 | FA |
| 8. 1999 Chevy Astro Van 200,000 Miles | 755.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)           $3,305.00           $0.00           $100,000.00           $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Funds in hand; Waiting for claims bar date to pass. - Joji Takada 11/30/2014

Trustee to prepare TFR. - Joji Takada 3/18/2015

TFR filed/sent to UST for review. - Joji Takada 5/8/2015

Initial Projected Date of Final Report (TFR): 07/21/2016     Current Projected Date of Final Report (TFR): 07/21/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-26730 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Maria Andrade | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9991 |
| | Checking |
| Taxpayer ID No: XX-XXX8355 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8359 | Transfer of Funds | 9999-000 | $12,135.20 | | $12,135.20 |
| 06/23/15 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $7,250.96 | $4,884.24 |
| 06/23/15 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $5.39 | $4,878.85 |
| 06/23/15 | 1003 | Silver Cross Hospital<br>1900 Silver Cross Blvd.<br>Attn: Patient Accounts<br>New Lenox, Il 60451 | Final distribution per court order. | | | $1,447.05 | $3,431.80 |
| | | | ($1.23) | 7990-000 | | | |
| | | Silver Cross Hospital | Final distribution per court order.  ($1,445.82) | 7100-000 | | | |
| 06/23/15 | 1004 | Maria Andrade<br>c/o HAMILTON & ANTONSEN, LTD.<br>3290 EXECUTIVE DRIVE #101<br>JOLIET, IL  60431 | Distribution of surplus funds to debtor. | 8200-002 | | $3,431.80 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,135.20 | $12,135.20 |
| Less: Bank Transfers/CD's | $12,135.20 | $0.00 |
| Subtotal | $0.00 | $12,135.20 |
| Less: Payments to Debtors | $0.00 | $3,431.80 |
| Net | $0.00 | $8,703.40 |

Page Subtotals:  $12,135.20  $12,135.20

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-26730 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Maria Andrade | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8359 |
| | Checking |
| Taxpayer ID No: XX-XXX8355 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/14 | | Gregory Leiter PC | Settlement payment Personal injury litigation re: vehicle accident | | | $66,181.83 | | $66,181.83 |
| | | | Gross Receipts | $100,000.00 | | | | |
| | | Gregory Leiter PC 63 West Jefferson #202 Joliet, Illinois 60432 | Payment to trustee professional | ($33,333.33) | 3210-000 | | | |
| | | Gregory Leiter PC 63 West Jefferson #202 Joliet, Illinois 60432 | Payment to trustee professional | ($484.84) | 3220-000 | | | |
| | 5 | | Personal Injury Case 14 Mr 001681 Injured October 7, 2013 | $100,000.00 | 1142-000 | | | |
| 10/28/14 | 100001 | Maria Andrade C/O Robert Hamilton 3290 Executive Dr #101 Joliet, IL 60431 | Exemption Debtor's scheduled exemption | | 8100-002 | | $16,549.00 | $49,632.83 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.87 | $49,616.96 |
| 11/24/14 | 100004 | 1st Congregational Church 3082 Caton Farm Rd. Joliet, IL 60435 | Final distribution to claim Reversal Incorrect payee; Check not issued | | 4220-000 | | ($300.00) | $49,916.96 |
| 11/24/14 | 100008 | St Josephs Medical 333 Madison Street Joliet, IL 60435 | Final distribution to claim Reversal Updated payee name; Check not issued | | 4220-000 | | ($3,307.06) | $53,224.02 |
| 11/24/14 | 100002 | Doctor Patrick Sweeney 19110 Darvin Drive, Ste C Mokena, IL 60448 | Final distribution to claim Negotiated medical lien claim | | 4220-000 | | $20,000.00 | $33,224.02 |
| 11/24/14 | 100003 | Minimally Invasive Spine Specialist PO Box 4037 Aurora, IL 60507 | Final distribution to claim Negotiated medical lien claim | | 4220-000 | | $13,000.00 | $20,224.02 |
| 11/24/14 | 100004 | 1st Congregational Church 3082 Caton Farm Rd. Joliet, IL 60435 | Final distribution to claim Reduced medical lien claim | | 4220-000 | | $300.00 | $19,924.02 |

Page Subtotals:  $66,181.83   $46,257.81

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No.: 14-26730
Case Name: Maria Andrade
Taxpayer ID No: XX-XXX8355
For Period Ending: 10/05/2015

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8359
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/24/14 | 100005 | ATI Physical Therapy<br>3082 Caton Farm Rd.<br>Joliet, IL 60435 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $300.00 | $19,624.02 |
| 11/24/14 | 100006 | St James Olympia Fields<br>20201 S. Pulaksi Rd.<br>Olympia Fields, IL 60461 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $400.00 | $19,224.02 |
| 11/24/14 | 100007 | Joliet Radiological Service Corp.<br>36910 Treasury Center<br>Chicago, IL 60694 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $16.70 | $19,207.32 |
| 11/24/14 | 100008 | St Josephs Medical<br>333 Madison Street<br>Joliet, IL 60435 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $3,307.06 | $15,900.26 |
| 11/24/14 | 100009 | Presence St Josephs Hospital and Medical Center<br>333 Madison Street<br>Joliet, IL 60435 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $3,307.06 | $12,593.20 |
| 11/24/14 | 100010 | Associated Pathologists of Joliet<br>333 Madison Street<br>Joliet, IL 60435 | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $25.00 | $12,568.20 |
| 11/24/14 | 100011 | Midwest Medical | Final distribution to claim<br>Reduced medical lien claim | 4220-000 | | $300.00 | $12,268.20 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.75 | $12,194.45 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.25 | $12,135.20 |
| 01/26/15 | | Transfer to Acct # xxxxxx9991 | Transfer of Funds | 9999-000 | | $12,135.20 | $0.00 |
| 03/12/15 | 100010 | Associated Pathologists of Joliet<br>333 Madison Street<br>Joliet, IL 60435 | Final distribution to claim Reversal<br>Reduced medical lien claim | 4220-000 | | ($25.00) | $25.00 |
| 03/12/15 | 100012 | Clerk, US Bankruptcy Court<br>219 South Dearborn<br>Chicago, Illinois 60604 | Remit to Court<br>Unclaimed funds from Check No. 100010 (Associated Pathologists of Joliet) | 4220-001 | | $25.00 | $0.00 |

Page Subtotals: $0.00  $19,924.02

UST Form 101-7-TDR (10/1/2010) (Page: 11)

| | | |
|---|---:|---:|
| COLUMN TOTALS | $66,181.83 | $66,181.83 |
| Less: Bank Transfers/CD's | $0.00 | $12,135.20 |
| Subtotal | $66,181.83 | $54,046.63 |
| Less: Payments to Debtors | $0.00 | $16,549.00 |
| Net | $66,181.83 | $37,497.63 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8359 - Checking | $66,181.83 | $37,497.63 | $0.00 |
| XXXXXX9991 - Checking | $0.00 | $8,703.40 | $0.00 |
|  | $66,181.83 | $46,201.03 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $33,818.17 |
|---|---|
| Total Net Deposits: | $66,181.83 |
| Total Gross Receipts: | $100,000.00 |

Page Subtotals: $0.00 $0.00

Case Number: 14-26730  
Debtor Name: Andrade, Maria

Date: October 5, 2015  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $0.00 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $7,250.96 | $7,250.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $5.39 | $5.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotals for Class Administrative  100.00% | | | | $7,256.35 | $7,256.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 1 | Silver Cross Hospital<br>1900 Silver Cross Blvd.<br>Attn: Patient Accounts<br>New Lenox, Il 60451 | Unsecured | 300 | $1,445.82 | $1,447.05 | $0.00 | $0.00 | $1.23 | $0.00 | $0.00 | $0.00 |
| | Maria Andrade<br>c/o HAMILTON &<br>ANTONSEN, LTD.<br>3290 EXECUTIVE DRIVE #101<br>JOLIET, IL 60431 | Unsecured | 999 | $6,863.60 | $3,431.80 | $3,431.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotals for Class Unsecured  58.71% | | | | $8,309.42 | $4,878.85 | $3,431.80 | $0.00 | $1.23 | $0.00 | $0.00 | |
| | Kishor Ajmere, MD<br>2435 Glenwood Avenue<br>Joliet, IL 60435 | Secured | 400 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Doctor Patrick Sweeney<br>19110 Darvin Drive, Ste C<br>Mokena, IL 60448 | Secured | 400 | $20,000.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Minimally Invasive Spine Specialist<br>PO Box 4037<br>Aurora, IL 60507 | Secured | 400 | $13,000.00 | $13,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Country Wide Insurance | Secured | 400 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ATI Physical Therapy<br>3082 Caton Farm Rd.<br>Joliet, IL 60435 | Secured | 400 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | St James Olympia Fields<br>20201 S. Pulaksi Rd.<br>Olympia Fields, IL 60461 | Secured | 400 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Case Number: 14-26730  
Debtor Name: Andrade, Maria

Date: October 5, 2015  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Joliet Radiological Service Corp.<br>36910 Treasury Center<br>Chicago, IL 60694 | Secured | 400 | $16.70 | $16.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Presence St Josephs Hospital and Medical Center<br>333 Madison Street<br>Joliet, IL 60435 | Secured | 400 | $3,307.06 | $3,307.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Associated Pathologists of Joliet<br>333 Madison Street<br>Joliet, IL 60435 | Secured | 400 | $25.00 | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Midwest Medical<br>2295 Parklake Dr., N.E., #100<br>Atlanta, GA 30345 | Secured | 400 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotals for Class Secured 100.00% | | | | $37,348.76 | $37,348.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Totals | | | | $52,914.53 | $49,483.96 | $3,431.80 | $0.00 | $1.23 | $0.00 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  
Interest calculated using 0.11% interest from 07/21/2014 to 04/28/2015.

Date Printed 10/5/2015 4:10:55 PM